# DIVIDENDS REMITTED TO THE COURT

*Receipt # 149865*

Case Number 08-14839 - YURCH, CHARLES A

| Creditor | Claim No. | Amount Allowed | Amount Paid | |
|---|---|---|---|---|
| Neurology Center<br>673 East River Street<br>Elyria, OH 44035 | 000002 | 55.52 | 0.99 | - ck. 110 |
| St. John West Shore Hospital<br>PO box 951073<br>Cleveland, OH 44193-1073 | 000010 | 200.00 | 3.57 | - ck. 117 |
| Ohio Edison Company<br>Bankruptcy Dept<br>6896 Miller Rd Rm 204<br>Brecksville, OH 44141 | 000038 | 229.75 | 4.10 | - ck. 138 |
| ---------- Remittance Total ---------- | | 485.27 | 8.66 | |

*[signature]*
LAUREN A. HELBLING, Trustee