Date: 07/20/10                     DIVIDENDS REMITTED TO THE COURT                     Page: 1

Case Number 08-14839 - YURCH, CHARLES A

| Creditor | Claim No. | Amount Allowed | Amount Paid | |
|---|---|---|---|---|
| Neurology Center<br>673 East River Street<br>Elyria, OH 44035 | 000002 | 55.52 | 0.14 | CK 170<br>150634 |
| EMH REGIONAL MEDICAL CENTER<br>P.O. BOX 931677<br>CLEVELAND, OH 44193-1787 | 000003 | 996.28 | 2.43 | CK 171<br>CK 150634 |
| St. John West Shore Hospital<br>PO box 951073<br>Cleveland, OH 44193-1073 | 000010 | 200.00 | 0.49 | CK 177<br>150634 |
| COLUMBIA GAS OF OHIO<br>200 CIVIC CENTER DR. 11TH FLOOR<br>COLUMBUS, OHIO 43215 | 000014 | 629.09 | 1.54 | CK 180<br>150634 |
| Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 000018 | 585.27 | 1.43 | CK 184<br>150633 |
| Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 000019 | 1,192.34 | 2.91 | CK 185<br>150633 |
| Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 000020 | 702.84 | 1.73 | CK 186<br>150633 |
| Community Health Partners<br>PO Box 951284<br>Cleveland, OH 44193 | 000037 | 1,806.26 | 4.41 | CK 197<br>150633 |
| Ohio Edison Company<br>Bankruptcy Dept<br>6896 Miller Rd Rm 204<br>Brecksville, OH 44141 | 000038 | 229.75 | 0.56 | CK 198<br>150633 |

---------- Remittance Total ----------                    6,397.35            15.64

*[signature]*
LAUREN A. HELBLING, Trustee

*[stamp: 2010 JUL 20 PM 3:24]*

Printed: 07/20/10 11:29 AM   Ver: 15.10b
COURT] 08-14839-aih   Doc 85   FILED 07/20/10   ENTERED 07/21/10 08:19:45   Page 1 of 1